Robert C. Ransom, for appellants; Guerine & Guerine, for appellees; Guy C. Guerine and George N. Guerine, of counsel. Opinion by Presiding Justice Burke. Not to be published in full. Opinion filed November 29, 1950; released for publication February 23, 1951.

Adele Ullmer et al., Plaintiffs, v. Roosevelt Building Corporation and Peter J. Vlahos, Defendants.
Nicholas K. Dranias and Nick Palmer, Appellees, v. Roosevelt Building Corporation and Peter J. Vlahos, Respondents.
Appeal of Peter J. Vlahos, Appellant.
Gen. No. 44,926.

Whitty & McGah, for appellant; Joseph P. McGah and William J. McGah, Jr., of counsel; Myer H. Gladstone, for appellees. Opinion by Justice Lewe. Not to be published in full. Opinion filed November 29, 1950; released for publication February 23, 1951.

445